17 P.3d 872

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 7, 2000**

| | | |
|---|---|---|
| 22461 | Chin v. State | Affirmed |

**July 27, 2000**

| | | |
|---|---|---|
| 22026 | Montgomery v. Rice | Affirmed |

**August 16, 2000**

| | | |
|---|---|---|
| 22061 | State v. Nakayama | Affirmed |

**August 24, 2000**

| | | |
|---|---|---|
| 22524 | State v. Huihui | Vacated |

**August 25, 2000**

| | | |
|---|---|---|
| 22352 | State v. Atacador | Vacated |

**August 29, 2000**

| | | |
|---|---|---|
| 22565 | Satterfield v. Kinnaman | Vacated |

**August 30, 2000**

| | | |
|---|---|---|
| 22586 | State v. Stringert | Affirmed |

**September 8, 2000**

| | | |
|---|---|---|
| 22072 | State v. Quin | Affirmed |

**September 13, 2000**

| | | |
|---|---|---|
| 22549 | State v. Armitage | Affirmed |
| 21833 | State v. Crisolo | Affirmed |

**September 15, 2000**

| | | |
|---|---|---|
| 22423 | Hungry Lion, Inc. v. State, Dept. of Labor and Indus. Relations | Affirmed |

**September 22, 2000**

| | | |
|---|---|---|
| 22720 | State v. Iverson | Affirmed |

**September 27, 2000**

| | | |
|---|---|---|
| 22383 | State v. Harlan | Affirmed |